UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JEANNE E. GIARD, )<br>)<br>Defendant ) | CIVIL ACTION NO. 04-30161-KPN |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1)　publish a copy of the attached NOTICE once in the West County News, a newspaper published in Buckland, Massachusetts, there being no newspaper in the Town of Colrain, and the West County News having a general circulation in the Town of Colrain, Massachusetts;

(2)　mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendant at her last known address;

(3)　record a certified copy of the attached NOTICE in the Franklin County Registry of Deeds.

Dated: 8/18/04

_Mary Finn_
Clerk