UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>JEANNE E. GIARD,<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-30161-MFM<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

TO:　Jeanne E. Giard
　　　Nelson Purrington Road
　　　Colrain, MA 01340

　　　Jeanne E. Giard
　　　142 Jacksonville State Road
　　　Colrain, MA 01340

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 142 Jacksonville Stage Road, Colrain, Franklin County, Massachusetts 01340, as follows. The mortgage was given to Jeanne E. Giard to the Farmers Home Administration, is dated October 21, 1980 and is recorded in Book 1634 at Page 44 of the Franklin County Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: 8/15/04

Clerk

By: *Mary Finn*
DEPUTY CLERK