UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff   ) <br>)<br>)<br>v.   )<br>)<br>Jeanne E. Giard,   )<br>           Defendant   ) | CIVIL ACTION NO. 04-30161-KPN |

**AFFIDAVIT OF SERVICE OF NOTICE**

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in the West County News, a newspaper published in Buckland, Massachusetts, on September 23, 2004, there being no newspaper published in the Town of Colrain, and the West County News having a general circulation in the Town of Colrain, Massachusetts.

(2) mailed by certified mail on September 21, 2004 a copy of the NOTICE to the defendant at the following addresses:

        Jeanne E. Giard
        Nelson Purrington Road
        Colrain, MA  01340

        Jeanne E. Giard
        142 Jacksonville State Road
        Colrain, MA  01340

(3) recorded a certified copy of the NOTICE on April 8, 2005 in Book 4826, Page 64 of the Franklin County District Registry of Deeds.

*Jane A. Rice*
Jane A. Rice
Agriculture Specialist
Farm Service Agency

Sworn to and subscribed before me, a Notary Public, at Amherst, Massachusetts, on April 11, 2005.

*Madeline L. Broadhurst*
Madeline L. Broadhurst
Notary Public

My commission expires November 3, 2006

MADELINE L. BROADHURST
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 3, 2006