UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>v.<br><br>JEANNE E. GIARD,<br><br>              Defendant | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-30161-KPN<br>)<br>)<br>)<br>) |

**ORDER AUTHORIZING MORTGAGE FORECLOSURE**

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Jeanne E. Giard to the United States, acting through the Farmers Home Administration, which is dated October 21, 1980 and recorded on October 21, 1980 in Book 1634 at Page 44 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: April 15, 2005

/s/ Kenneth P. Neiman

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
Kenneth P. Neiman